USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH J. REID,

Plaintiff,

-against-

C.O. SISTI,

Defendant.

26-CV-01044 (MMG)

ORDER OF DISMISSAL

MARGARET M. GARNETT, United States District Judge:

By order dated June 29, 2026, the Court directed Plaintiff to show cause within 30 days why this action should not be dismissed without prejudice because he did not update his address with the court, as directed in the court's March 18, 2024 Standing Order, requiring all *pro se* litigants to inform the court of each change of address or electronic contact information. *See In Re: Cases Filed By Pro Se Plaintiffs*, *Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order").

Plaintiff has not updated his address or otherwise communicated with the Court since this action was filed in February 2026. Mail sent from the Court has been returned as undeliverable. *See* Dkt. Entries at 3/11/26, 3/27/26, 3/30/26. Despite it being Plaintiff's obligation to update the Court as to his address, in an effort to have this matter determined on the merits and because Plaintiff was in NYC DOC custody at the time the action was filed, the Court nonetheless directed counsel for the City of New York to provide any known address for Plaintiff that it could determine based on NYC DOC records. *See* Dkt. No. 13. Counsel for the City subsequently informed the Court that Plaintiff was no longer in DOC custody and no previous address other than temporary homeless shelters could be found.

Accordingly, the Court dismisses this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the March 18, 2024 Standing Order and the Court's June 29, 2026 Order. This dismissal is without prejudice to Plaintiff's filing a new civil action. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is respectfully directed to CLOSE this case.

SO ORDERED.

Dated: July 30, 2026

Margaret M. Garnett
UNITED STATES DISTRICT JUDGE